1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA, | CASE NO. 5:15-MJ-00039 JLT

12 |                Plaintiff, | GOVERNMENT MOTION TO DISMISS AND ~~PROPOSED~~ ORDER

13 |         v.

14 | ISAIAH LUERA,

15 |                Defendant.

16

17     The United States of America, by and through its undersigned counsel, hereby moves for

18 dismissal without prejudice of the above-captioned matter for the following reasons.

19     The defendant was charged with unlawful flight to avoid prosecution (UFAP) for state

20 molestation charges filed in Kern County, Superior Court of California, Case Number 159740A.  The

21 defendant was apprehended today and is currently booked in the Kern County Jail to face charges on the

22 state case.  The United States moves for dismissal to allow the state to proceed on its case.

23

24 Dated: September 25, 2015              BENJAMIN B. WAGNER
                                           United States Attorney
25
                                    By:   /s/ KAREN A. ESCOBAR
26                                         KAREN A. ESCOBAR
                                           Assistant United States Attorney
27

28

**O R D E R**

IT IS SO ORDERED.

    Dated:   **September 25, 2015**          **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE